SYRACUSE CHILLED PLOW CO., for use, etc., *v.* KELLY-HARDIN HARDWARE CO.

BECK, J. It not being manifest that the verdict rendered in this case was demanded by the evidence, the judgment granting a new trial will not be disturbed here.        *Judgment affirmed.    All the Justices concur.*
SEPTEMBER 22, 1914.

Complaint. Before Judge Jones. Jackson superior court. January 13, 1913.

*J. G. Collins* and *P. Cooley,* for plaintiff.

*J. S. Ayers* and *Ray & Ray,* for defendant.